IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID M. BROWN,** | : | |
| Petitioner | : | |
| | : | No. 1:22-cv-0115 |
| v. | : | |
| | : | **(Judge Rambo)** |
| **LAUREL HARRY,** | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this 12th day of April 2023, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Petitioner David M. Brown's amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 7) is **DENIED**;

2. A certificate of appealability shall not issue, as Brown has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2); and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

s/ Sylvia H. Rambo
United States District Judge